UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**10 CIV. 8534**

___KENNETH CAMERON_____

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

___EVELYN MIRABAL, WARDEN_____
___THE CITY OF NEW YORK_____
___STATE OF NEW YORK DIVISION OF PAROLE___
___THE CITY OF NEW YORK DEPT. OF CORRECTIONS___
_____
_____
_____
_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**AMENDED COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial:  ☒ Yes  ☐ No
(check one)

10 Civ. _____ (LAP)

*Filing Suite in Official Capacity Individual Capacity*

I. **Parties in this complaint:**

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name   ___KENNETH CAMERON #9001001211_____

ID #   ___#9001001211_____
Current Institution   ___NIC RIKERS ISLAND_____
Address   ___1500 HAZEN SYTEET_____
___EAST ELMHURST, NEW YORK 11370___

B.  List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name EVELYN MIRABAL, WARDEN    Shield #_____
                   Where Currently Employed NIC RIKERS ISLAND
                   Address 1500 HAZEN STREET
                           EAST ELMHURST, NEW YORK 11370

Defendant No. 2    Name THE CITY OF NEW YORK    Shield #_____
                   Where Currently Employed 100 CHURCH STREET
                   Address NEW YORK, NEW YORK 10007

Defendant No. 3    Name STATE OF NEW YORK DIVISION OF PAROLE    Shield #_____
                   Where Currently Employed
                   Address 97 CENTRAL AVE.
                           ALBANY, NEW YORK 12206

Defendant No. 4    Name NYC DEPT. OF CORRECTIONS    Shield #_____
                   Where Currently Employed
                   Address 75-20 ASTORIA BLVD. SUITE 305
                           EAST ELMHURST, NEW YORK 11370

Defendant No. 5    Name _____    Shield #_____
                   Where Currently Employed
                   Address

II. **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  In what institution did the events giving rise to your claim(s) occur?
    N.I.C. RIKERS ISLAND

B.  Where in the institution did the events giving rise to your claim(s) occur?
    N.I.C. RIKERS ISLAND

*Rev. 01/2010*                        2

C. What date and approximate time did the events giving rise to your claim(s) occur? SEPT. 13, 2010 on going.

<div style="float:left">What happened to you?</div>

D. Facts: On Sept. 13, 2010, petitioner was and is being helded exclusively on a New York State Parole Detainer and that I am a ward of the State of New York/State Inmate house in a City Jail (N.I.C. Rikers Island). That petitioner's Due Process rights to a New York State Correctional Facility which goes along with being a State inmate per Court order has and is being violated and continuing to be violated here at a city jail/N.I.C. Rikers Island. That petitioner was sentenced to 3 to 6 years per Court order and petitioners inmate number is 05R1883.

Who did what?

Was anyone else involved?

Who else saw what happened?

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

Depression

anxiety

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes **X**  No ___

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_N.I.C. Rikers Island_

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes **X**  No ___  Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ___  No **X**  Do Not Know ___

If YES, which claim(s)?

_____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ___  No **X**

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ___  No **X**

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? _N/A_

1. Which claim(s) in this complaint did you grieve? _N/A_

2. What was the result, if any? _N/A_

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _N/A_

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: _None grievable_

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

Warden Evelyn Mirabal

by letter

no response

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

N/A

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount).

Monatary damage $100,000.00

Punitive Damages 500,000.00

Compensatory Damages 500,000.00

_____

_____

**VI.** **Previous lawsuits:**

<div style="float:left">On these claims</div>

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No  X

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

  1. Parties to the previous lawsuit:

  Plaintiff _____

  Defendants _____

  2. Court (if federal court, name the district; if state court, name the county) _____

  _____

  3. Docket or Index number _____
  4. Name of Judge assigned to your case_____
  5. Approximate date of filing lawsuit _____
  6. Is the case still pending? Yes ____ No ____
     If NO, give the approximate date of disposition_____
  7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

  _____

  _____

<div style="float:left">On other claims</div>

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ____ No  X

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

  1. Parties to the previous lawsuit:

  Plaintiff _____

  Defendants _____

  2. Court (if federal court, name the district; if state court, name the county) _____

  _____

  3. Docket or Index number _____
  4. Name of Judge assigned to your case_____
  5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ____    N/A
   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
   N/A

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 25 day of Oct, 20 10.

Signature of Plaintiff   Kenneth Cameron
Inmate Number            #900100121
Institution Address      1500 Hazen St,
                         East Elmhurst, N.Y. 11370

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 25 day of Oct, 20 10, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: Kenneth Cameron

*Rev. 01/2010*                                                  7

To: Evelyn Mirabal, Warden
From: Kenneth Cameron #9001001211
Date: 9-15-10

Greetings,

I would like to be placed in a New York State Correctional Facility per my inmate status as a New York State Correctional inmate per Court order/ Parole detainer. I am not being afforded any State facility benifits such as packages, visits, store buys ect. I need to be moved to a State Facility forethwith.

Kenneth Cameron